UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

13 SEP 23 PM 3:47

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES OF AMERICA )
)
v. ) No. _____
)
DONALD JOHN SACHTLEBEN, )
) 1:13-cr-0200 WTL-TAB
Defendant. )

# INFORMATION

### Count 1 – Unauthorized Disclosure of National Defense Information

The United States Attorney charges that:

On or about May 2, 2012, the defendant, DONALD JOHN SACHTLEBEN, lawfully having possession of, access to, control over, and being entrusted with information relating to the national defense, which information the defendant had reason to believe could be used to the injury of the United States and to the advantage of a foreign nation, did knowingly and willfully communicate, deliver, and transmit such information to a person not entitled to receive it.

All of which is a violation of Title 18, United States Code, Section 793(d).

### Count 2 – Unauthorized Possession and Retention of National Defense Information

The United States Attorney further charges that:

From a date uncertain until in or about May 2012, the defendant, DONALD JOHN SACHTLEBEN, having unauthorized possession of and control over documents and writings relating to the national defense, did willfully retain such documents and writings relating to the national defense and fail to deliver the same to an officer and employee of the United States entitled to receive them.

All of which is in violation of Title 18, United States Code, Section 793(e).

Respectfully submitted,

_____
JOSEPH H. HOGSETT
United States Attorney for the
Southern District of Indiana

_____
Steven D. DeBrota
Senior Litigation Counsel

_____
RONALD C. MACHEN JR.
United States Attorney for the District of
Columbia

_____
Jonathan M. Malis
G. Michael Harvey
Assistant United States Attorneys

Richard S. Scott
Department of Justice Trial Attorney

STATE OF INDIANA       )
                       )  SS:
COUNTY OF MARION       )

Steven D. DeBrota, being first duly sworn, upon his oath deposes and says that he is an Senior Litigation Counsel in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

*Steven D. DeBrota*
Senior Litigation Counsel

Subscribed and sworn to before me, a notary public, on this 23rd day of September, 2013.

*Carrie A. Griffin*
Notary Public

My Commission Expires: January 21, 2016

My County of Residence: Hancock