Warrant for Arrest     Steven D. DeBrota, Assistant United States Attorney   Telephone No. (317) 226-6333

# United States District Court

FILED
SEP. 2 5 2013
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**SOUTHERN** DISTRICT OF **INDIANA**

UNITED STATES OF AMERICA
V.
DONALD JOHN SACHTLEBEN

**WARRANT FOR ARREST**

CAUSE NUMBER: 1:13-cr-

To: The United States Marshal
and any Authorized United States Officer

1 : 13 -cr- 0 200 WTL -TAB

YOU ARE HEREBY COMMANDED to arrest **DONALD JOHN SACHTLEBEN** and bring him or her forthwith to the nearest magistrate to answer a(n)

_ Indictment   X Information   _ Complaint   _ Order of Court   _ Violation Notice   _ Probation Violation Petition

charging him or her with (brief description of offense)

Unauthorized Disclosure of National Defense Information and Unauthorized Possession and Retention of National Defense Information in violation of Title __18__ United States Code, Section(s) __793(d) and (e)__

*CLERK OF COURT, Laura A. Briggs*

BY: [signature]
   *Deputy Clerk*

Clerk
Title of Issuing Officer

September 24 2013   Indianapolis, Indiana
Date and Location

by _____
   Name of Judicial Officer

Bail fixed at $ _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at **INDIANAPOLIS, IN FEDERAL COURTHOUSE** |

| DATE RECEIVED 9-25-13 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-25-13 | STEVEN DAVIS DUSM | [signature] |