# United States District Court

FILED
SEP 25, 2013
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

V.

DONALD JOHN SACHTLEBEN

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 1:13-CR-

1:13-cr-0200 WTL-TAB

I DONALD JOHN SACHTLEBEN , the above named defendant, who is accused of

Unauthorized Disclosure of National Defense Information, on or about May 2, 2012 and Unauthorized Possession and Retention of National Defense Information, until in or about May 2012, in violation of Title 18, United States Code, Section 793(d) and (e), as charged in Counts 1 and 2 of the Information

being advised of the nature of the charges, the proposed information, and of my rights, hereby

waive in open court on 25 SEP 2013 prosection by indictment and consent
Date

that the proceeding may be by information rather than by indictment.

DONALD JOHN SACHTLEBEN, Defendant

JAMES ~~Kathleen~~ Sweeney, Counsel for Defendant

Larry Mackey, Counsel for Defendant

Before ______________________
Judicial Officer