UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:13-cr-0200-WTL-TAB |
| | ) | |
| DONALD JOHN SACHTLEBEN, | ) | - 01 |
| Defendant. | ) | |

# MINUTE ENTRY
### For September 25, 2013

Parties appear for an initial appearance on the Information dated September 23, 2013. Defendant appeared in person and by retained counsel, James Sweeney, II. Government represented by AUSA Steve DeBrota.

Charges, rights and penalties were reviewed and explained.

Defendant signed Waiver of Indictment in open court.

The case will now proceed under the Information filed on September 23, 2013 as the operative charging instrument.

Defendant waived formal arraignment.

Government orally moved to have defendant's pretrial release conditions revoked and defendant agreed with the Government. Court ordered defendant detained.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Dated: 09/25/2013

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via ECF.